

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable John D. Reed, Commissioner
Bureau of Labor Statistics
Austin, Texas

Dear Sir:

Opinion No. O-5401
Re: Validity of certain contracts
of employment and related
matter.

Your request for opinion has been received and
carefully considered by this department. We quote from your
request as follows:

"Articles 5155, R.C.S., through Article 5159,
R.C.S., commonly referred to as the Semi-Monthly
Pay Day Law, sets out how certain wages are to be
paid and also outlines the duty and authority of
the Labor Commissioner in seeing that these stat-
utes are carried out.

"Recently a complaint was made to our office
by employees who had signed a certain contract re-
garding the withholding of part of their pay by
their prospective employer.

"Will you please study the attached copy of
these contracts and advise me whether or not they
conflict with our State law and if so, are they
valid contracts?"

Article 5155, Vernon's Annotated Texas Civil Stat-
utes, reads as follows:

"Each manufacturing, mercantile, mining,
quarrying, railroad, street railway, canal, oil,
steamboat, telegraph, telephone and express com-
pany, employing one or more persons, and each
and every water company not operated by a munici-
pal corporation, and each and every wharf company,

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable John ...

and every other corporation engaged in any busi-
ness within this State, or any person, firm or
corporation engaged in or upon any public work
for the State or for any county or any municipal
corporation thereof, either as a contractor or a
sub-contractor, therewith, shall pay each of its
employees the wages earned by him or her as often
as semi-monthly, and pay to a day not more than
sixteen (16) days prior to the day of payment.
(As amended Acts 1933, 43rd Leg., p. 730, ch.
217.)"

You have given us the further information that Gray
Cleaners is a cleaning and pressing establishment and is not
a corporation.

It is our opinion that Article 5155, supra, does
not apply to Gray Cleaners and that you have no jurisdiction
in the matter. Since you have no jurisdiction in the matter
we do not express any opinion with reference to the contracts
involved.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:mp

APPROVED JUN 1 1945

Acting ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY ___
CHAIRMAN